

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2019

No. 04-19-00465-CV

**IN THE INTEREST OF T.N.R., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01283
Honorable Laura Salinas, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating the appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

Appellant's brief was originally due to be filed on September 3, 2019. On September 3, 2019, appellant filed a motion for extension of time requesting a twenty-day extension to file the brief. The motion is GRANTED. Appellant's brief must be filed no later than September 23, 2019. Given the time constraints governing the disposition of this appeal, **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court